AO 91 (Rev. 11/11)  Criminal Complaint       AUSA:  Kevin Mulcahy           Telephone: (313) 226-9100
                                             Special Agent:  David Alley    Telephone: (313) 226-0500

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
v.
Matthew Clifton Ambrosi

Case No.   Case: 2:20−mj−30194
           Assigned To : Unassigned
           Assign. Date : 6/9/2020
           USA V SEALED MATTER (CMP)(CMC)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 2018 through March 2020__ in the county of __Jackson__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 2251 | Production of child pornography |
| 18 USC § 2252A(a)(5)(b) | Possession of child pornography |
| 18 USC § 2252A(a)(2) | Receipt of child pornography |
| 18 USC § 2422(b) | Coercion or enticement of a minor to engage in sexual activity |
| 18 USC § 1470 | Use of mail or interstate commerce to knowingly transfer obscene material to a person under the age of 16 or attempts to do so |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

_Complainant's signature_

David M. Alley, Special Agent (HSI)
_Printed name and title_

Sworn to before me and signed in my presence
and/or by reliable electronic means.

_Judge's signature_

Date: __June 9, 2020__

City and state: __Detroit, Michigan__   Hon. R. Steven Whalen, United States Magistrate Judge
_Printed name and title_

**<u>AFFIDAVIT IN SUPPORT OF
AN APPLICATION FOR AN ARREST WARRANT</u>**

I, Dave Alley, being first duly sworn, state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am a Special Agent with Homeland Security Investigations (HSI), of the United States Department of Homeland Security (DHS). I am assigned to the Special Agent in Charge (SAC), Office of Investigations (OI) in Detroit, Michigan with offices located at 477 Michigan Ave, Suite 1850, Detroit, Michigan. I have been employed with HSI since March, 2007. I have successfully completed the Criminal Investigator Training Program and the Immigration and Customs Enforcement Special Agent Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia. I have received a Bachelor's Degree in Criminal Justice from Michigan State University, as well as a Master's Degree in Criminal Justice from Michigan State University. I have successfully completed the Basic Computer Evidence Recovery Training (BCERT) at FLETC and the Advanced Computer Evidence Recovery Training at the Cyber Crimes Center (C3) and the Cyber Crime Center Mobile and Cellular Device Data Extraction course and possess an A+ certification.

1

2. This affidavit is made in support of a criminal complaint and arrest warrant for **Matthew Clifton AMBROSI** (DOB XX/XX/1984) for violations of Title 18, United States Code, Sections 2251, 2252A(a)(5)(b), and 2252A(a)(2), which criminalize, among other things, the production, receipt, and possession of child pornography and other related materials; 18 U.S.C. § 1470, which makes it a crime for any person to transfer obscene material to a minor under the age of 16; and 18 U.S.C. § 2422(b), which makes it a crime to coerce or entice any minor to engage in unlawful sexual activity for which any person can be charged with a criminal offense.

3. This affidavit is based on my personal knowledge, experience, and training as well as on information obtained by me through investigative observations and conversations with other HSI agents and agents from other law enforcement agencies. This affidavit does not set forth every fact resulting from this investigation; rather, it contains a summary of the investigation to date for the limited purpose of establishing probable cause to obtain an arrest warrant for Matthew Clifton AMBROSI.

## PROBABLE CAUSE

4. In March, 2020, the Michigan State Police (MSP) began a criminal investigation into Matthew AMBROSI based on allegations that he had

sexually assaulted a sixteen year-old minor female (hereafter MV-1). This investigation was initiated by a complaint from MV-1's mother and stepfather to the Michigan State Police. MV-1's mother stated that, approximately two years ago, they had hired Matthew AMBROSI to tutor MV-1 in math. AMBROSI was known to the family at this time as a friend of MV-1's adult brother. MV-1's mother stated that AMBROSI initially came to MV-1's father's home to tutor MV-1 but then claimed to have been involved in a motorcycle accident that kept him from being able to travel. After this, MV-1 was dropped off at AMBROSI's home for tutoring. MV-1's mother stated that MV-1 also helped AMBROSI and his wife with chores around the house and babysat for their child.

5. MV-1's mother stated that, on November 1, 2019, she heard a recording from her home security system of MV-1 on the phone with a friend. She stated that MV-1 told her friend about lying down with AMBROSI and AMBROSI's wife coming home earlier than expected. MV-1's mother stated that they were contacted by a coworker of MV-1's (hereafter CW) in January and that this coworker told them about an "inappropriate" relationship between MV-1 and AMBROSI and that she was going to attempt to find out if the relationship was sexual or not. MV-1's mother and

stepfather also provided the Michigan State Police with MV-1's cellular telephone and gave consent to search it.

6. Following this, the Michigan State Police spoke with MV-1's father. MV-1's father stated that he met AMBROSI through his son and paid AMBROSI $40 per tutoring session. MV-1's father confirmed that MV-1 initially was tutored at his home but began being tutored at AMBROSI's house following AMBROSI's claims that he was injured in a motorcycle crash. MV-1's father also confirmed that MV-1 thereafter had started to babysit for AMBROSI's child.

7. On March 12, 2020, the Michigan State Police spoke with CW regarding MV-1 and AMBROSI. CW stated that MV-1 told her that she had had sex with AMBROSI on more than one occasion since MV-1 had turned sixteen and that it had stopped in November 2019. CW asked MV-1 if she had ever shared nude images with AMBROSI and MV-1 stated that AMBROSI did have some on his phone at one point. CW stated that she recalled seeing a snapchat conversation between AMBROSI and MV-1 in which AMBROSI sent MV-1 a nude image of himself.

8. On this same date, the Michigan State Police applied for and obtained a search warrant for AMBROSI's residence located at XXXX Erica Drive,

Pleasant Lake, MI. During the execution of this search warrant, AMBROSI was encountered and requested to access his phone in order to get information from it. When given access to his phone, AMBROSI was observed by Michigan State Police Troopers deleting a text conversation from the phone. The following items were seized from AMBROSI's residence:

- White iPhone with no case
- Black iPhone in a red case
- Samsung S9 with serial number 352410092389753
- Black Dell Laptop with serial number CS423M2
- White iPhone with a maroon case
- Silver Digital Camera Serial Number 6423752297 with Memory Card
- LG Tablet with serial number 356578064635431
- iPad with serial number DMPHQ2DCDNQR
- Silver Apple All in One Desktop with Powercord

Thereafter, members from the Michigan State Police provided your Affiant with the above-listed electronics devices (as well as the Galaxy S7 Edge described below). Those devices are now in the secure custody of the Homeland Security Investigations at 477 Michigan Ave, Detroit, MI.

9. On March 15, 2020, the Michigan State Police conducted a full interview of CW. CW stated that MV-1 eventually told her that she and AMBROSI were in a sexual relationship and that she (MV-1) was scared that AMBROSI would find out she had told CW this. MV-1 stated that the sexual relationship was not forced but that she felt pressured into it. MV-1 told CW that AMBROSI would constantly make comments about it and hint at having sex. MV-1 told CW that she finally had sex with AMBROSI because she did not want it to be violently forced. CW stated that MV-1 had once told her that she and AMBROSI had had sex before MV-1 turned 16, and that they were going to wait but AMBROSI could not wait anymore. CW attempted to ask more questions regarding this but MV-1 did not answer them. CW stated that while MV-1 was staying at her home MV-1 would receive messages from AMBROSI at all hours of the night via snapchat, text message, and Facebook. CW stated that MV-1 told her AMBROSI would use his wife's sex toys on MV-1 and then make her clean them. CW stated that she knew AMBROSI had sent nude photos and photos of his penis to MV-1. CW stated that MV-1 previously told her that AMBROSI does have nude images of her on his phone.

10. On March 18, 2020, MV-1 was forensically interviewed at the Jackson Child Advocacy Center. MV-1 confirmed that AMBROSI was her tutor and disclosed that he had kissed her on multiple occasions beginning when she was 15 years old. MV-1 disclosed that she and AMBROSI had had sex on multiple occasions beginning when she was 16 years old. MV-1 described feeling that she had to say yes to kissing and sex because she felt it would happen one way or another and she knew AMBROSI could be aggressive and violent. MV-1 stated that, on two occasions, AMBROSI used his phone to film them having sex. MV-1 stated that AMBROSI sent nude images of himself to her and that she had sent nude images of herself to AMBROSI. MV-1 stated that AMBROSI asked her to send a video of herself masturbating and that she had sent it to him as requested.

11. On April 9, 2020, the Michigan State Police received an anonymous tip that AMBROSI had a phone hidden at his work that he specifically did not want police to find and search. An additional search warrant was obtained and a Samsung Galaxy S7 Edge was located in AMBROSI's desk at Consumer's Power, where he is employed.

12. A forensic review of AMBROSI's Samsung S9 cellular telephone conducted by the Michigan State Police pursuant to their search warrant revealed

images of child pornography. Michigan State Police produced sanitized versions of the following images discovered on this device:

- Photo 1 is of MV-1 with the words "I don't want to send you pictures of my face" on it
- Photo 2 is a photo of a female pulling her underwear down to reveal her vagina with the words "that's yours too" on it.
- Photo 3 is a vagina and legs in a bath
- Photo 4 is a vagina with what appears to be purple cloth in the background
- Photo 5 is a female wearing black underwear and topless holding a phone in front of her face in a bathroom
- Photo 6 is a vagina and legs on a white background
- Photo 7 is a vagina and legs in a bath with the words "its going to hurt" on it.

13. On April 26, 2020, MV-1 met with Trooper Waite for the purpose of identifying the images listed above. MV-1 was able to positively identify images 1, 2, 4 and 5 as being of herself. MV-1 stated that she could not say if photos 3, 6 and 7 were her or not.

14. Your affiant has reviewed both the electronics seized from AMBROSI by the Michigan State Police as well as the forensic reports provided. A review

8

of the forensic report for the Samsung S9 with serial number 352410092389753 revealed the following files of interest:

    a. File 2258650371263107452.0, located at file path Samsung GSM_SM-G960U Galaxy S9.zip\backup\sdcard\Android\data\com.sec.android.gallery3d\cache\0\2258650371263107452.0. This image depicts a female raising her shorts to show her bare vagina There is a banner of text that appears to be from snapchat that states "that's yours too" The female's vagina is partially visible. This image appears to correlate to "Photo 2" described above in paragraph 12. Your affiant has viewed both of these photos and believes they are the same.

    b. File 4203565580199525789.0 , located at file path Samsung GSM_SM-G960U Galaxy S9.zip\backup\sdcard\Android\data\com.sec.android.gallery3d\cache\0\-4203565580199525789.0. This image depicts a bare vagina on a purple bedspread. This image appears to correlate to "Photo 4" described above in paragraph 12. Your affiant has viewed both of these photos and believes they are the same.

    c. File 5615309049068059606.0  located at file path Samsung GSM_SM-G960U Galaxy S9.zip\backup\sdcard\Android\data\com.sec.android.gallery3d\cache\0\5615309049068059606.0.  This image depicts a female with her shorts removed with her hand coving her bare vagina. There is a

banner of text that appears to be from snapchat stating "what were some of your ideas last night"

d. File 3303700342922060427.0, located at file path Samsung GSM_SM-G960U Galaxy S9.zip\backup\sdcard\Android\data\com.sec.android.gallery3d\cache\0\3303700342922060427.0. This image depicts a bare vagina, and legs in what appears to be a bathtub. There is a banner of text that appears to be from Snapchat stating "its going to hurt". This image appears to correlate with "Photo 7" described above in Paragraph 12

e. File 173017213457191358.0, located at file path Samsung GSM_SM-G960U Galaxy S9.zip\backup\sdcard\Android\data\com.sec.android.gallery3d\cache\0\-173017213457191358.0. This image appears similar to the image described above, in that it is a bare vagina in what appears to be a bathtub. There is no text banner in this image.

f. File 2051021891252334756.0, located at file path Samsung GSM_SM-G960U Galaxy S9.zip\backup\sdcard\Android\data\com.sec.android.gallery3d\cache\0\2051021891252334756.0. This image depicts the bare vagina of an unknown female.

g. File 492.jpg located at file path Samsung GSM_SM-G960U Galaxy S9.zip\backup\sdcard\Pictures\.thumbnails\492.jpg. This file depicts the bare vagina of an unknown female

h. File 6835861399299051394.0 located at file path Samsung GSM_SM-G960U Galaxy

        S9.zip\backup\sdcard\Android\data\com.sec.android.gallery3d\cache\0\6835861399299051394.0. This image depicts a topless female with her breasts exposed while pulling down her underwear but keeping her vagina covered. This image appears to correlate to "Photo 5" described above in Paragraph 12. Your affiant has viewed both of these photos and believes they are the same.

15. On or about April 8, 2020, MV-1 provided MSP Troopers with an approximately 15 to 16 second video of an adult male masturbating. MV-1 stated to MSP that the male masturbating in the video was AMBROSI and that he had sent it to her via Snapchat. MV-1 stated that she may have more videos in her Snapchat "my eyes only" folder and provided MSP with the password for this folder.

16. Your affiant has had the opportunity to view this video. The video in question is of an adult male masturbating to orgasm. Only the penis and legs of the male are visible. The video appears to have been recorded with a second phone. At the end of the video, MV-1 sends the message back to the main screen of her snapchat account and it can be seen that the video was sent by a user with vanity name "MA".

17. On June 2, 2020, MV-1's mother provided written and verbal consent for your affiant to review and assume control of MV-1's snapchat account. Your

affiant observed the following items of note in MV-1's "my eyes only" folder:

    a. A screenshot of a conversation from July 6, 2019, between MV-1 and user "MA". MA states "you seem much older in some ways not in others though". This user's emoji matches the emoji that sent the video referenced in paragraphs 15 and 16.

    b. A screenshot of a conversation from July 9, 2019, between MV-1 and user "MA". MV-1 stated "A cop drove by?" User MA stated "I put the car in reverse and in my cam a Jackson County Sheriff was waiting for coffee". MV-1 stated "yeah. oh well its technically legal" to which User MA replied "You were just kissing me in a friendly way Like goodbye good friend". The emoji is no longer wearing sunglasses but looks similar to the one referenced above

    c. A video file that appears to be 15 seconds in length. This video will not load but a preview image of the video is visible and appears to be the same video file referenced in paragraphs 15 and 16.

## CONCLUSION

18. Your Affiant respectfully submits that there is probable cause to believe that **Matthew Clifton AMBROSI** (DOB XX/XX/1984) violated Title 18, United States Code, Sections 2251, 2252A(a)(5)(b) and 2252A(a)(2), which criminalize, among other things, the production, receipt, and possession of child pornography and other related materials;18 U.S.C. § 1470, which

makes it a crime for any person to transfer obscene material to a minor under the age of 16; and 18 U.S.C. § 2422(b), which makes it a crime to coerce or entice any minor to engage in unlawful sexual activity for which any person can be charged with a criminal offense.  Your affiant requests that the Court authorize the issuance of a criminal complaint and arrest warrant for **Matthew Clifton AMBROSI.**

                                                      Respectfully submitted,

                                                      David M. Alley, Special Agent
                                                      Department of Homeland Security
                                                      Homeland Security Investigations

Sworn to before me and signed in my presence and/or by reliable electronic means.

HON. R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Date:   June 9, 2020